■ PEOPLE EX REL. THOMAS R. KITCHEN v WHITE.—Leave to prosecute appeal as a poor person and *pro se,* and for other relief, granted as indicated. Concur—Ross, J. P., Carro, Asch, Kassal and Smith, JJ.

(October 19, 1988)

■ In the Matter of LUCY CRUZ, Appellant, v FERDINAND C. MARCHI et al., Respondents.—Judgment, Supreme Court, Bronx County (Jack Turret, J.), entered on October 14, 1988, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Ellerin, JJ.